**GENOVA & MALIN**
ATTORNEYS' AT LAW
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
----------------------
Tel.  (845) 298-1600
Fax:  (845) 298-1265
E Mail:  genmallaw@optonline.net

September 2, 2014

Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York Poughkeepsie Division
355 Main Street
Poughkeepsie, NY 12601

Re: Vance and Dawn Biengardo
Chapter 13, Case No. 14-36201(CGM)

Dear Hon. Cecelia G. Morris:

This letter is filed to advise the Court of the status of the pending loss mitigation in the above-referenced case.  The debtors submitted a full initial package to the mortgagee on August 13, 2014.

To, no further document requests have been made.  Accordingly, the debtor requests that the Court require a second Creditor Affidavit be filed timely so that the matter may proceed pursuant to the Loss Mitigation Order.

Thank you for your attention to this matter.

Respectfully,

GENOVA & MALIN

/s/ Andrea B. Malin

ANDREA B. MALIN

cc: Frances Fredericks
    Jeffrey L. Sapir, Esq
    Charles Higgs, Esq.