| SUITE 202<br>4021 UNIVERSITY DRIVE<br>FAIRFAX, VA 22030<br>(866) 656-0379<br><br>SUITE 130<br>DELAWARE CORPORATE CENTER I<br>ONE RIGHTER PARKWAY<br>WILMINGTON, DELAWARE 19803<br>(302) 409-3520<br>**FAX** 855-425-1980 | LAW OFFICES<br>**McCABE, WEISBERG & CONWAY, P.C.**<br>SUITE 210<br>145 HUGUENOT STREET<br>NEW ROCHELLE, NY 10801<br>(914)-636-8900<br>**FAX** (914)-636-8901 | SUITE1400<br>123 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19109<br>(215) 790-1010<br>**FAX** (215) 790-1274<br><br>SUITE 303<br>216 HADDON AVENUE<br>WESTMONT, NJ 08108<br>(856) 858-7080<br>**FAX** (856) 858-7020<br><br>SUITE 800<br>312 MARSHALL AVENUE<br>LAUREL, MD 20707<br>(301) 490-3361<br>**FAX** (301) 490-1568<br>Also servicing the District of Columbia |

Dated: September 2, 2014

In re: Biengardo
14-36201

Dear Chief Judge Morris,

    My office represents Ocwen on the loss mitigation in the above case. Please allow this letter to serve as a loss mitigation status report. My office received four emails with loss mitigation documents on August 13, 2014. After review by the bank, the bank has advised that we need three consecutive months P & L statements. Right now we have the June 2014 P & L so May and July P & L or July and August P & L should suffice. Given Debtor's attorney's responsiveness, I have no doubt that the documents will be provided shortly. Thanks!

/s/ Charles Higgs