| | | |
|---|---|---|
| SUITE 202<br>4021 UNIVERSITY DRIVE<br>FAIRFAX, VA 22030<br>(866) 656-0379<br><br>SUITE 130<br>DELAWARE CORPORATE CENTER I<br>ONE RIGHTER PARKWAY<br>WILMINGTON, DELAWARE 19803<br>(302) 409-3520<br>**FAX** 855-425-1980 | LAW OFFICES<br>**McCABE, WEISBERG & CONWAY, P.C.**<br>SUITE 210<br>145 HUGUENOT STREET<br>NEW ROCHELLE, NY 10801<br>(914)-636-8900<br>**FAX** (914)-636-8901<br><br>Dated: September 24, 2014 | SUITE1400<br>123 SOUTH BROAD STREET<br>PHILADELPHIA, PA  19109<br>(215) 790-1010<br>**FAX** (215) 790-1274<br><br>SUITE 303<br>216 HADDON AVENUE<br>WESTMONT, NJ 08108<br>(856) 858-7080<br>**FAX** (856) 858-7020<br><br>SUITE 800<br>312 MARSHALL AVENUE<br>LAUREL, MD 20707<br>(301) 490-3361<br>**FAX** (301) 490-1568<br>Also servicing the District of Columbia |

In re: Biengardo
14-36201

Dear Chief Judge Morris,

My office represents Ocwen on the loss mitigation in the above case. Please allow this letter to serve as a loss mitigation status report. We received documentation that appears to reflect that the borrower has a 2nd business. As such we need either:

For each business we need at least 3 most recent months PNL.

We have received one P & L for Anchor Asphalt Paving Inc which is for one month, and one P & L for Express Pool Builders  for two months. We need additional P & L statements for both businesses so that we have the most recent quarter P&L for both business or if both are the same business but the name changed then require a letter with clarification regarding same.

Based on Debtor's counsel's past responsiveness, I have no doubt that the above documentation will be provided shortly.

Thank you and have a great night.

/S/Charles Higgs