S:\Loss Mitigation\Letter docs to mortgagee\Affidavits\Biengardo.affidavit.Shapiro.wpd

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re:

VANCE BIENGARDO and                              CASE NO. 14-36201 (CGM)
DAWN R. JULIUS-BIENGARDO,                         CHAPTER 13

                                    Debtor(s).
------------------------------------------------------------------x

<u>**DEBTOR LOSS MITIGATION AFFIDAVIT**</u>

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF DUTCHESS         )

        I, <u>Leah S. Madera</u>, being sworn, say:

        I am not a party to this action, am over 18 years of age and reside in <u>Poughquag</u>, New York.

        On <u>November 19, 2014</u>, I served a true and completed copy of the Financial Packet, including the following documents:

[X]     A copy of the Debtor(s)' two (2) most recent Income Tax Returns, signed & dated';

[X]     A copy of the most bank statements for accounts ending ***5983; and  *** 7868;

[X]     A copy of the completed 4506-T Form, signed & dated;

[X]     A copy of the completed Uniform Borrower Assistance Form, signed & dated;

[X]     A copy of the completed Hardship Affidavit Form, signed & dated;

[X]     A copy of most recent thirty (30) days paycheck stubs;

[]      A copy of the Debtor(s) Hardship Letter, signed & dated;

[  ]    Proof of Second Party Income by Affidavit;

[X]     Other (please specify):

        1.     Completed Profit & Loss Statement for Vance Biengardo dba Express Pool Builders from August 2013 through August 2014;
        2.     Letter of Explanation of Child Support and Pension Benefits received by Dawn Julius Biengardo;
        3.     Copy of Domestic Relations Order in support of Letter of Explanation;

        4.     Copy of Dawn Julius Biengardo's M&T Bank Account No. ******5983

for May 2, 2014 through  August 1, 2014 with pension and child support
income circled;

5.      Current utility bill.

upon the following parties at the following addresses:

**VIA FIRST CLASS MAIL & EMAIL**

Shapiro, DiCaro & Barak, LLC
105 Maxess Rd., Suite N109
Melville, NY 11747
Attn: Kimberly Manno

Please be advised that the loss mitigation contact is as follows:

Name: Andrea B. Malin

Title:  Attorney for the Debtor(s)

Phone Number: (845) 298-1600

Fax Number:  (845) 298-1265

Email Address: genmallaw@optonline.net

Dated: Wappingers Falls, New York
November 19, 2014

/s/ Leah S. Madera
LEAH S. MADERA

Sworn to before me this
19th day of November, 2014

/s/ Andrea B. Malin
Andrea B. Malin
Notary Public, State of New York
Qualified in Dutchess  County
Commission Expires 6/23/2018