S:\Loss Mitigation\Letter docs to mortgagee\Affidavits\Biengardo.affidavit.Shapiro.wpd

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re:

| | |
|---|---|
| VANCE BIENGARDO and | CASE NO. 14-36201 (CGM) |
| DAWN R. JULIUS-BIENGARDO, | CHAPTER 13 |
| Debtor(s). | |

------------------------------------------------------------------x

## DEBTOR LOSS MITIGATION AFFIDAVIT

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF DUTCHESS   )

I, Nicole DiPaola, being sworn, say:

I am not a party to this action, am over 18 years of age and reside in Wappingers Falls, New York.

On December 10, 2014, I served a true and completed copy of the Financial Packet, including the following documents:

[X]    A copy of the completed 4506-T Form, signed & dated;

[X]    A copy of the completed Request for Mortgage Assistance (RMA) Form, signed & dated;

[ ]    A copy of the completed Hardship Affidavit Form, signed & dated;

[ ]    A copy of most recent thirty (30) days paycheck stubs;

[ ]    A copy of the Debtor(s) Hardship Letter, signed & dated;

[ ]    Proof of Second Party Income by Affidavit;

[X]    Other (please specify)

1. Completed Profit & Loss Statement for Vane Biengardo dba Express Pool Builders for September 2014 and October 2014;

upon the following parties at the following addresses:

**VIA FIRST CLASS MAIL & EMAIL**
Shapiro, DiCaro & Barak, LLC
105 Maxess Rd., Suite N109
Melville, NY 11747
Attn: Kimberly Manno

Please be advised that the loss mitigation contact is as follows:

Name: Andrea B. Malin

Title: Attorney for the Debtor(s)

Phone Number: (845) 298-1600

Fax Number: (845) 298-1265

Email Address: genmallaw@optonline.net

Dated: Wappingers Falls, New York
December 10, 2014

/s/ Nicole DiPaola
NICOLE DIPAOLA

Sworn to before me this
10th day of December, 2014

/s/ Andrea B. Malin
Andrea B. Malin
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires 6/23/2018