**Case No.: 14-36201(CGM)**          **<u>Chapter 13 Fee Application</u>**          **Schedule C**

**Case Name:** VANCE BIENGARDO and          **June 9, 2014  through April 30, 2015**
DAWN R. JULIS-BIENGARDO

| (1)<br>Applicant | (2)<br>Initial Fee Charged | (3)<br>Amount of Initial Fee Paid | (4)<br>Amount of Initial Fee Filed as Administrative Claim | (5)<br>Amount of Initial Expenses Collected | (6)<br>Additional Fees Requested | (7)<br>Additional Expenses Requested | (8)<br>Amount of Additional Fee Awarded | (9)<br>Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| Genova & Malin | $3,500.00 | $3,500.00 | $    0.00 | $281.00 (filing fee) | $9,795.00 | $181.38 | $9,675.00 | $181.38 |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |