UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                                   :   Case No. 14-36201 (cgm)
                                                                              :
Vance Biengardo and
Dawn R. Julis-Biengardo,                                      :   Chapter 13
                                                                              :
              Debtor(s)                                              :
_____:

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:  Carrington Mortgage Services, LLC

**Property Address**: 12 Vineyard Lane, Marlboro, NY 12542

**Last Four Digits of Account Number of Loan**: 7610

**File Date of Loss Mitigation request**: 06/10/2014

**Date of Entry of Loss Mitigation Order**: 07/09/2014

**Date of Entry of Order Approving Settlement** (*if any*): 06/08/2015

**Other Requests for Loss Mitigation in this Case**: ____ Yes      __X__ No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

|   |   |   |   |
|---|---|---|---|
| X | Loan modification | ☐ | Surrender of property |
| ☐ | Short sale | ☐ | No agreement has been reached |
| ☐ | Other: _____ | | |

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.



**Dated: October 9, 2015**
   **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**